95–254.   State v. Ross.   *Ross County,* No. 94CA2019.   This cause is pending before the court as a discretionary appeal and as a claimed appeal of right.   Upon consideration of appellant's motion to continue stay of execution and appellate bond,

IT IS ORDERED by the court that the motion be, and the same hereby is, denied, effective February 14, 1995.

WRIGHT and COOK, JJ., dissent.

95–278.   State ex rel. Larkins v. Baker.   *Richland County,* No. 94CA83.   This cause is pending before the court as an appeal from the Court of Appeals for Richland County.   Upon consideration of appellant's motion for stay of execution of judgment,

IT IS ORDERED by the court that the motion be, and the same hereby is, denied, effective February 14, 1995.

DOUGLAS, WRIGHT and RESNICK, JJ., dissent.

95–292.   State v. Combs.   *Lawrence County,* No. 94CA13.   This cause is pending before the court as a discretionary appeal and as a claimed appeal of right.   Upon consideration of appellant's motion for stay of sentence and release on bond,

IT IS ORDERED by the court that the motion be, and the same hereby is, denied, effective February 14, 1995.

COOK, J., dissents.

## MISCELLANEOUS DISMISSALS

92–2619.   Transamerica Ins. Co. v. Nolan.   *Warren County,* Nos. CA89–12–077 and CA89–12–079. This cause is pending before the court as a discretionary appeal.   On December 20, 1994, this court ordered appellants to show cause by January 9, 1995; why this cause should not be dismissed. Appellants filed no response to the order to show cause.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, effective February 14, 1995.